UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INFODELI, LLC, a Missouri limited liability company,<br><br>                      Petitioner,<br><br>    v.<br><br>AMAZON WEB SERVICES, INC., a Delaware corporation,<br><br>                      Respondent. | NO. 2:17-cv-00281<br><br>PETITION TO COMPEL COMPLIANCE WITH SUBPOENA DUCES TECUM<br><br>Underlying case: *Infodeli, LLC v. Western Robidoux, Inc.*<br>(Western District of Missouri, Case No. 4:15-CV-364-BCW) |

COMES NOW Petitioner Infodeli, LLC ("Infodeli"), by and through counsel of record, Impact Law Group, PLLC, and hereby alleges as follows:

### I.    THE PARTIES

1.    Petitioner Infodeli, LLC is a Missouri limited liability company.

2.    Respondent Amazon Web Services, Inc. ("AWS") is a Delaware corporation with its principal place of business located in Seattle, Washington.

### II.    JURISDICTION & VENUE

3.    This Court has subject matter jurisdiction over AWS based on 28 U.S.C. § 1331 because this legal action pertains to a subpoena duces tecum in a parallel proceeding in federal court and interpretation of the Federal Rules of Civil Procedure 26 and 45.

PETITION TO COMPEL COMPLIANCE WITH
SUBPOENA DUCES TECUM - 1
CASE NO. 2:17-cv-00281

IMPACT LAW GROUP PLLC
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 792-5230 • (206) 452-0655 FAX

1    4.   Venue is proper in this district because AWS's principal place of business is in Seattle, Washington and the subpoena duces tecum seeks information located on AWS's servers here.

### III.   FACTUAL ALLEGATIONS

5.   On or about August 30, 2016, Petitioner Infodeli served non-party AWS with a subpoena duces tecum seeking the production of certain indices of digital materials and the digital materials themselves located on its servers that are owned by Engage Mobile Solutions, Inc. ("Engage").  Engage is a defendant in a copyright infringement case currently pending in the United States District Court for the Western District of Missouri.  The underlying case is entitled *Infodeli, LLC v. Western Robidoux, Inc.* (Western District of Missouri, Case No. 4:15-CV-364-BCW), hereinafter the "Underlying Litigation."

6.   Upon information and belief, Engage deposited legacy versions of software and related data on AWS's servers for the purposes of long-term, archival storage.  There is no dispute that the materials being sought are relevant to the Underlying Litigation and within the scope of appropriate discovery.

7.   The date for performance of the subpoena was September 14, 2016.  This date came and went without any response or objection from AWS.

8.   Petitioner thereafter contacted AWS with respect to the subpoena on September 16, 2016.

9.   In response, AWS served untimely responses and objections to Petitioner's subpoena on September 19, 2016.  No other party has objected to the subpoena issued to AWS.

10.  On October 4, 2016, Petitioner's counsel reached out to AWS's counsel to meet and confer with respect to AWS's response.  Meet and confer efforts commenced and continued for some time, including the exchange of position letters, multiple conference calls and email exchanges.  Despite these efforts, AWS's counsel advised Petitioner Infodeli on

PETITION TO COMPEL COMPLIANCE WITH
SUBPOENA DUCES TECUM - 2
CASE NO. 2:17-cv-00281

**IMPACT LAW GROUP PLLC**
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 792-5230 • (206) 452-0655 FAX

December 16, 2016 that AWS intended to stand on its objections to the subpoena and it would not be complying with the subpoena duces tecum.

## FIRST CAUSE OF ACTION – DECLARATORY RELIEF AND ORDER TO COMPEL AWS'S COMPLIANCE WITH SUBPOENA DUCES TECUM

11.     An actual and present controversy has arisen and now exists between the Petitioner Infodeli and Respondent AWS regarding compliance with the subpoena.

12.     Petitioner seeks an order from this Court compelling AWS to comply with the subpoena duces tecum and directing production of relevant documents for purposes of the Underlying Litigation by a date to be set by this Court.

13.     Petitioner seeks such further declaratory relief as may be necessary to compel AWS's compliance with the subpoena.

## IV.     PRAYER FOR RELIEF

WHEREFORE, Petitioner Infodeli prays that the Court grant the following relief:

1.      For a decree of declaratory relief ordering AWS to comply with the validly issued subpoena duces tecum and produce responsive materials by a date certain;

2.      For such other relief as the Court deems just and equitable.

DATED this 21st day of February, 2017.

**IMPACT LAW GROUP PLLC**

*/s/ Christina Haring-Larson*
Christina Haring-Larson, WSBA #30121
1325 Fourth Avenue, Suite 1400
Seattle, WA 98101
T: (206) 792-5230
F: (206) 452-0655
christina@impactlawgroup.com
*Attorneys for Petitioner Infodeli, LLC*

PETITION TO COMPEL COMPLIANCE WITH
SUBPOENA DUCES TECUM - 3
CASE NO. 2:17-cv-00281

**IMPACT LAW GROUP PLLC**
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 792-5230 • (206) 452-0655 FAX

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on February 21, 2017, the attached document was presented to the Clerk of Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of Court will send e-mail notification of such filing to the following persons:

Vanessa S. Power
Stoel Rives LLP
600 University St., Suite 3600
Seattle, WA 98101
vspower@stoel.com

*Counsel for Amazon Web Services, Inc.*

Daniel E. Blegen
Paul M. Flucke
GERMAN MAY PC
1201 Walnut Street, Suite 2000
Kansas City, MO 64106
DanB@germanmay.com
Paulf@germanmay.com

*Counsel for Defendants
Western Robidoux, Inc., Peter E. Burri,
Brian P. Burri, Cindy Burri, and Connie S.
Burri*

Brett Shanks
Russell J. Keller
STINSON LEONARD STREET LLP
1201 Walnut Street
Kansas City, MO 64106
brett.shanks@stinsonleonard.com
russell.keller@stinsonleonard.com

*Counsel for Ceva and Mr. Fairchild*

Peter Knops
SHOOK HARDY BACON LLP
2555 Grand Blvd
Kansas City, MO 64108
Pknops@hoveywilliams.com

*Counsel for Engage Mobile*

Nicholas Clifford
ARMSTRONG TEASDALE, LLP
7700 Forsythe Blvd, Ste 1800
St. Louis, MO 63105
nclifford@armstrongteasdale.com

*Counsel for Bivi*

DATED this 21st day of February, 2017, at Seattle, Washington.

**IMPACT LAW GROUP PLLC**

*/s/ Leah Douglas*
Leah Douglas
Paralegal

PETITION TO COMPEL COMPLIANCE WITH
SUBPOENA DUCES TECUM - 4
CASE NO. 2:17-cv-00281

**IMPACT LAW GROUP PLLC**
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 792-5230 ● (206) 452-0655 FAX