THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INFODELI, LLC, a Missouri limited liability company,<br><br>Petitioner,<br><br>v.<br><br>AMAZON WEB SERVICES, INC., a Delaware corporation,<br><br>Respondent. | No. 2:17-cv-00281-JLR<br><br>Underlying case:<br>*Infodeli, LLC v. Western Robidoux, Inc.*,<br>W.D. MO, Case No. 4:15-CV-364-BCW<br><br>DECLARATION OF JONATHAN CHOCK |

I, Jonathan Chock, declare as follows:

1. I am corporate counsel for Amazon Web Services, Inc. ("AWS"). I am over the age of 18, I have personal knowledge of the facts, and if called and sworn as a witness, I could and would testify as set forth below.

2. AWS was served with a subpoena (the "Subpoena") by Petitioner Infodeli, LLC. The Subpoena demanded documents stored on the AWS account associated with Engage Mobile Services, LLC ("EMS") as well as an "index" of those files.

3. AWS diligently searched its records for information regarding the AWS services used by EMS, and determined that EMS was a large customer that used a broad range of AWS services. Those services include, for example, Amazon Simple Storage Service ("S3"), Amazon Elastic Compute Cloud ("EC2"), and Amazon Relational Database Service ("RDS").

DECLARATION OF JONATHAN CHOCK
(USDC WD WA 2:17-CV-00281) - 1

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
Telephone (206) 624-0900

4.      Amazon EC2 provides users with scalable computing capacity in the AWS cloud. An AWS customer can use EC2 to launch one or more virtual servers according to its needs, to configure security and networking, and to manage storage.

5.      Amazon S3 allows users to store objects in the AWS cloud. Customers may use S3 as primary storage, as a bulk repository for user-generated content, as a tier in an active archive, with serverless computing applications, as a "data lake" for Big Data analytics, and as a target for backup and disaster recovery.

6.      Amazon RDS allows users to set up, operate, and scale a relational database in the AWS cloud. A relational database is a collection of data items with pre-defined relationships between them. Customers may use RDS to manage backups, software patching, automatic failure detection, and recovery.

7.      AWS in good faith analyzed what it could produce responsive to the subpoena without disclosing customer content. AWS produced approximately 300 pages of responsive information including account registration details and records describing EMS's account usage history including data transfers by date and size, dating back to January 1, 2014.

8.      AWS determined that, based on the structure of its systems, it was unable to supplement its production as requested by Infodeli. Production of content, including documents and/or indexes, would require AWS to access customer content. It is AWS's position that the information sought is exempt from production based on Amazon's responsibilities as a Remote Computing Service under the Stored Communications Act ("SCA") 18 U.S.C. § 2701 *et seq.* AWS's policy is not to disclose customer content absent a court order pursuant to the SCA.

///
///
///
///
///

DECLARATION OF JONATHAN CHOCK
(10-CV-00258-SLR-MPT) - 2

1  I declare under penalty of perjury under the laws of the United States and the State of
2  Washington that the foregoing is true and correct to the best of my knowledge.

3  SIGNED this ___20th___ day of March, 2017, at Seattle, Washington.

*[signature]*
Jonathan Chock

DECLARATION OF JONATHAN CHOCK
(10-CV-00258-SLR-MPT) - 3

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on March 20, 2017, I electronically filed the foregoing with the |
| 3 | Clerk of the Court using the CM/ECF system which will send notification of such filing to |
| 4 | the parties of record in the above case. |
| 5 | DATED at Seattle, Washington this 20th day of March, 2017. |
| 6 | STOEL RIVES LLP |

*/s/ Melissa Wood*
Melissa Wood, Practice Assistant

DECLARATION OF JONATHAN CHOCK
(10-CV-00258-SLR-MPT) - 4