The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| INFODELI, LLC, a Missouri limited liability company,<br><br>    Petitioner,<br><br>v.<br><br>AMAZON WEB SERVICES, INC., a Delaware corporation,<br><br>    Respondent. | NO. 2:17-cv-00281-JLR<br><br>STIPULATED MOTION TO EXTEND DEADLINE FOR FILING OF PETITIONER INFODELI, LLC'S REPLY IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DUCES TECUM<br><br>Underlying case: *Infodeli, LLC v. Western Robidoux, Inc.* (Western District of Missouri, Case No. 4:15-CV-364-BCW)<br><br>NOTE ON MOTION CALENDAR: March 22, 2017 |

The parties hereby stipulate, by and through their counsel of record, to extend the existing deadline of March 24, 2017 for the filing of Petitioner Infodeli, LLC's Reply in Support of the Motion to Compel Compliance with the Subpoena Duces Tecum for one week. Infodeli, LLC shall file its Reply by no later than March 31, 2017. The parties seek the Court's approval of such modifications pursuant to LCR 7(d)(1) and 10(g).

STIPULATED MOTION TO EXTEND
DEADLINE FOR FILING OF PETITIONER INFODELI,
LLC'S REPLY - 1
CASE NO. 2:17-CV-00281-JLR

IMPACT LAW GROUP PLLC
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 792-5230 • (206) 452-0655 FAX

IT IS SO AGREED.

DATED this 22nd day of March 2017.

          IMPACT LAW GROUP PLLC

          /s Christina Haring-Larson
          Christina Haring-Larson, WSBA #30121
          1325 Fourth Avenue, Suite 1400
          Seattle, WA 98101
          T: (206) 457-4124
          christina@impactlawgroup.com
          *Attorney for Petitioner Infodeli, LLC*

          STOEL RIVES LLP

          /s Vanessa S. Power
          Vanessa S. Power, WSBA #30777
          600 University Street, Suite 3600
          Seattle, WA 98101
          T: (206) 386-7553
          F: (206) 386-7500
          vspower@stoel.com
          *Counsel for Respondent*
          *Amazon Web Services, Inc.*

IT IS SO ORDERED.

DATED this 23rd day of March, 2017.

          *[signature]*

          The Honorable James L. Robart

STIPULATED MOTION TO EXTEND
DEADLINE FOR FILING OF PETITIONER INFODELI,
LLC'S REPLY - 2
CASE NO. 2:17-CV-00281-JLR

**IMPACT LAW GROUP PLLC**
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 792-5230 • (206) 452-0655 FAX

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on March 22, 2017, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system.

I hereby certify that on March 22, 2017, I caused the foregoing document to be emailed by United States Postal Service to the following non CM/ECF participants:

| | |
|---|---|
| Daniel E. Blegen<br>Paul M. Flucke<br>GERMAN MAY PC<br>1201 Walnut Street, Suite 2000<br>Kansas City, MO 64106<br>DanB@germanmay.com<br>Paulf@germanmay.com<br>*Counsel for Defendants*<br>*Western Robidoux, Inc., Peter E. Burri,*<br>*Brian P. Burri, Cindy Burri, and Connie S.*<br>*Burri* | Peter Knops<br>SHOOK HARDY BACON LLP<br>2555 Grand Blvd<br>Kansas City, MO 64108<br>Pknops@hoveywilliams.com<br>*Counsel for Engage Mobile*<br><br>Nicholas Clifford<br>ARMSTRONG TEASDALE, LLP<br>7700 Forsythe Blvd, Ste 1800<br>St. Louis, MO 63105<br>nclifford@armstrongteasdale.com<br>*Counsel for Bivi* |
| Brett Shanks<br>Russell J. Keller<br>STINSON LEONARD STREET LLP<br>1201 Walnut Street<br>Kansas City, MO 64106<br>brett.shanks@stinsonleonard.com<br>russell.keller@stinsonleonard.com<br>*Counsel for Ceva and Mr. Fairchild* | |

DATED this 22nd day of March 2017.

/s Christina Haring-Larson

STIPULATED MOTION TO EXTEND
DEADLINE FOR FILING OF PETITIONER INFODELI,
LLC'S REPLY - 3
CASE NO. 2:17-CV-00281-JLR

IMPACT LAW GROUP PLLC
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 792-5230 • (206) 452-0655 FAX