THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INFODELI, LLC, a Missouri limited liability company,<br><br>Petitioner,<br><br>v.<br><br>AMAZON WEB SERVICES, INC., a Delaware corporation,<br><br>Respondent. | NO. 2:17-cv-00281<br><br>[~~PROPOSED~~] ORDER GRANTING INFODELI, LLC'S MOTION TO SEAL<br><br>Underlying case: *Infodeli, LLC v. Western Robidoux, Inc.*<br>(Western District of Missouri, Case No. 4:15-CV-364-BCW)<br><br>NOTE ON MOTION CALENDAR: April 14, 2017 |



THIS MATTER comes before the Court on Petitioner Infodeli, LLC's Motion to Seal the Declaration of Paul A. Maddock filed in Support of Petitioner Infodeli, LLC's Reply In Support of the Motion to Compel Compliance with Subpoena Duces Tecum. The Court has reviewed the Motion to Seal, the Declaration of Paul Maddock filed provisionally under seal pursuant to LCR 5, and the record and file herein.

Based on the foregoing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion to Seal is GRANTED and the Declaration of Paul Maddock shall remain filed with this Court under seal.

[PROPOSED] ORDER GRANTING
INFODELI, LLC'S MOTION TO SEAL
CASE NO. 2:17-cv-00281 - 1

IMPACT LAW GROUP PLLC
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 792-5230 • (206) 452-0655 FAX

DATED this 17th day of ~~March~~ April, 2017.

_____
THE HONORABLE JAMES L. ROBART

PRESENTED BY:

**IMPACT LAW GROUP PLLC**

/s/ *Christina Haring-Larson*
Christina Haring-Larson, WSBA #30121
1325 Fourth Avenue, Suite 1400
Seattle, WA 98101
T: (206) 792-5230
F: (206) 452-0655
christina@impactlawgroup.com

/s/ *James Rosemergy*
James Rosermergy
8235 Forsyth Blvd., 11th Floor
St. Louis Missouri 63105
T: (206) 314-678-1205
F: (314) 339-8393
jrosemergy@careydanis.com
*Admitted Pro Hac Vice*

*Attorneys for Petitioner Infodeli, LLC*

[PROPOSED] ORDER GRANTING
INFODELI, LLC'S MOTION TO SEAL
CASE NO. 2:17-cv-00281 - 2

**IMPACT LAW GROUP PLLC**
1325 FOURTH AVENUE, SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 792-5230 • (206) 452-0655 FAX